GREEN, *Appellant*, v. CITY OF ST. LOUIS, TRUSTEE OF
THE MULLANPHY BEQUEST.

### Division Two, May 11, 1897.

The case of *Hull v. St. Louis, Trustee*, 138 Mo.
618, followed and affirmed.

*Appeal from St. Louis Circuit Court.*—HON: JACOB
KLEIN, Judge.

AFFIRMED.

*Lubke & Muench* for appellant.

*W. C. Marshall* and *B. Schnurmacher* for respond-
ent.

BURGESS, J.—This is an action for compensation
for personal services rendered by plaintiff, at the re-
quest of defendant, in and about the listing and
appraisement of certain real estate which it holds in
trust as a charitable fund for the benefit of all poor
emigrants and travelers coming to St. Louis *bona fide*
to settle in the west. The amount sued for was $3,250,
being one half of one per cent upon the amount of the
appraised value of the property, to wit, $725,101.15.
It is alleged by plaintiff that he and two others were
occupied two hundred and twenty-eight days in ap-
praising the property.

Plaintiff recovered a verdict in the court below
for $1,500, upon which judgment was rendered, from
which he appeals.

This case is on all fours like the case of *Hull v. The
City of St. Louis*, 138 Mo. 618, decided at the present

term, having grown out of the same transaction. That case is decisive of this, and for reasons stated in the opinion in that case, the judgment is affirmed.